IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02914-NYW

MARLENE M. GARCIA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order signed by the Honorable Nina Y. Wang on March 15, 2016, incorporated herein by reference, it is

ORDERED that the Commissioner's final decision is REVERSED.  It is

FURTHER ORDERED that the matter is REMANDED to the Commissioner for further proceedings consistent with this order and judgment.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Marlene M. Garcia, and against Defendant, Carolyn W. Colvin, Commissioner of Social Security.

DATED at Denver, Colorado this __15th__ day of March, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N. Marble
N. Marble,
Deputy Clerk